**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**William STRONG, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 28, 2002.

***ORDER***

PER CURIAM.

**AND NOW,** this 28th day of August, 2002, the Petition for Allowance of Appeal is hereby **GRANTED,** limited to the following issue:

Whether permitting the jury to deliberate with materials not admitted into evidence violates Pa.R.Crim.P. 646, and if so, is such violation prejudicial *per se.*

**Donna K. CHRISTIANSON, Respondent,**

v.

**Robert M. ELY, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 28, 2002.

***ORDER***

PER CURIAM.

**AND NOW,** this 28th day of August, 2002, the Petition for Allowance of Appeal is **GRANTED,** limited to the following issues:

1. Whether in determining the effective date for support, a subsequent complaint nullifies a prior, unresolved support complaint.

2 Whether arrearages may accrue against a putative parent when the support action remains unresolved for 15 years through no fault of the putative parent.